Jennifer L. Bartlett, CA Bar No. 183154
Jordan Blumenfeld-James, CA Bar No. 235185
Jonah D. King, CA Bar No. 270196
**SIMON GREENSTONE PANATIER BARTLETT, PC**
301 E. Ocean Blvd., Suite 1950
Long Beach, California 90802
Telephone (562) 590-3400
Facsimile (562) 590-3412

JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID OVERBY and MARGARET RUTH OVERBY,** <br><br> Plaintiffs, <br><br> vs. <br><br> **AIR & LIQUID SYSTEMS CORPORATION** (sued as successor-by-merger to BUFFALO PUMPS, INC.), et al., <br><br> Defendants. | NO. 2:10-cv-09250-R-VBK <br><br> Hon. Manuel L. Real <br><br> **ORDER RE DISMISSAL WITHOUT PREJUDICE OF JOHN CRANE, INC.** |

**ORDER**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs **DAVID OVERBY** and **MARGARET RUTH OVERBY,** hereby dismiss without prejudice all claims filed in this action against JOHN CRANE, INC. in the above-entitled action.

Based on the Stipulation of Parties Dismissing All Claims entered into by Plaintiffs David Overby and Margaret Ruth Overby, each party shall bear their own fees and costs in connection with the above-entitled action.

1    IT IS SO ORDERED.

2

3    Dated:  _Sept. 25, 2012_          _____
4                                      Hon. Manuel L. Real
                                       United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE OF JOHN CRANE, INC.